IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0258

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

JOSHUA PAUL SCARBOROUGH,

     Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 13, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2020